IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Beacon Navigation GmbH, § | |
| § | |
| Plaintiff, § | |
| § | Case No. 2:13-cv-11410-PJD-MAR |
| v. § | |
| § | Hon. Patrick J. Duggan |
| Bayerische Motoren Werke AG, § | |
| et al., § | |
| § | |
| Defendants. | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND
CHANGE OF ADDRESS**

TO ALL PARTIES AND COUNSEL OF RECORD PLEASE TAKE NOTICE:

Kevin C. Jones and Michael C. Ting, counsel for Plaintiff Beacon Navigation GmbH, are no longer affiliated with Freitas Tseng & Kaufman LLP. All pleadings, notices, correspondence and other documents should be addressed to them as follows:

Kevin C. Jones
TechKnowledge Law Group LLP
1521 Diamond Street
San Francisco, CA
Tel: (650) 867-7776
Email: kjones@techknowledgelaw.com

Michael C. Ting
TechKnowledge Law Group LLP
1521 Diamond Street
San Francisco, CA
Tel: (650) 646-1131
Email: mting@techknowledge.law.com

Dated: June 18, 2013                    Respectfully submitted,

                                        AIDENBAUM SCHLOFF AND BLOOM PLLC


                                        /s/Jay Schloff

                                        Jay Schloff (P60183)
                                        AIDENBAUM SCHLOFF AND BLOOM PLLC
                                        6960 Orchard Lake Road, Suite 250
                                        West Bloomfield, MI 48322
                                        Tel: (248) 865-6500
                                        *jschloff@aidenbaum.com*

                                        Kevin C. Jones (admitted in E.D. Michigan)
                                        Michael C. Ting (admitted in E.D. Michigan)
                                        TECHKNOWLEDGE LAW GROUP LLP
                                        1521 Diamond Street
                                        San Francisco, CA  9413
                                        Tel: (650) 867-7776
                                        *kjones@techknowledgelaw.com*
                                        *mting@techknowledgelaw.com*


                                        Attorneys for Plaintiff
                                        Beacon Navigation GmbH

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2013 a true and correct copy of **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** were electronically filed via the ECF system, which sends notification to all attorneys of record.

/s/Jay Schloff