IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEACON NAVIGATION GmbH, | § § | |
| Plaintiff, | § § | Civil Action No. 13-cv-11410-PJD-MAR |
| v. | § § § | Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BAYERISCHE MOTOREN WERKE AG, et al., | § § § | |
| Defendants. | | |

## CORRECTED NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS

TO ALL PARTIES AND COUNSEL OF RECORD PLEASE TAKE NOTICE:

Kevin C. Jones and Michael C. Ting, counsel for Plaintiff Beacon Navigation GmbH, are no longer affiliated with Freitas Tseng & Kaufman LLP. All pleadings, notices, correspondence and other documents should be addressed to them as follows:

Kevin C. Jones
TechKnowledge Law Group LLP
1521 Diamond Street
San Francisco, CA 94131
Tel: (650) 867-7776
Email: kjones@techknowledgelaw.com

Michael C. Ting
TechKnowledge Law Group LLP
1521 Diamond Street
San Francisco, CA 94131
Tel: (408) 646-1131
Email: mting@techknowledgelaw.com

Dated: July 25, 2013					Respectfully submitted,

						AIDENBAUM SCHLOFF AND BLOOM PLLC


						*/s/ Jay Schloff*
						Jay Schloff (P60183)
						AIDENBAUM SCHLOFF AND BLOOM PLLC
						6960 Orchard Lake Road, Suite 250
						West Bloomfield, MI 48322
						Tel: (248) 865-6500
						jschloff@aidenbaum.com


						Kevin C. Jones (admitted in E.D. Michigan)
						Michael C. Ting (admitted in E.D. Michigan)
						TECHKNOWLEDGE LAW GROUP LLP
						1521 Diamond Street
						San Francisco, CA  9413
						Tel: (650) 867-7776
						kjones@techknowledgelaw.com
						mting@techknowledgelaw.com


						 Attorneys for Plaintiff
						 Beacon Navigation GmbH

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2013 a true and correct copy of **CORRECTED NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** was electronically filed via the ECF system, which sends notification to all attorneys of record.

*/s/ Jay Schloff*